IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 OCT 28  A 9: 57

CLERK
U.S. DIST. OF GA.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) CASE NO.: CR205-34 |
| v. | ) |
| | ) |
| MOHAMMED SHAUKAT JAMAL | ) |
| ASHISKUMAR G. PATEL | ) |
| HERMANT K. PATEL | ) |
| YOGESHUMAR PATEL | ) |
| SANJAYKUMAR A. PATEL | ) |

## ORDER

Let a copy of this Report and Recommendation be served upon the parties. The parties will be allowed until **November 3, 2005**, to file objections. If no objections are made, this Report and Recommendation will be adopted as a record of the proceedings and may become the opinion and order of the Court. Nettles v. Wainwright, 677 F.2d 404 (5th Cir. Unit B 1982).

All requests for additional time to file any objections to this Report and Recommendation should be filed with the Clerk for consideration by the undersigned.

The Clerk of Court is directed to submit the Report and Recommendation with objections, if any, on or before the __4th__ day of __November__, 2005.

**SO ORDERED**, this __28th__ day of October, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)