IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 OCT 28 P 1: 40

CLERK
SO. DIST. OF GA.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | CASE NO.: CR205-34 |
| v. ) | |
| ) | |
| MOHAMMED SHAUKAT JAMAL ) | |
| ASHISKUMAR G. PATEL ) | |
| HERMANT K. PATEL ) | |
| YOGESHUMAR PATEL ) | |
| SANJAYKUMAR A. PATEL ) | |

## ORDER

The Government has delivered to the Court for *in camera* review, transcripts of translations of conversations between a confidential source and other individuals. The Government seeks review of these documents for a determination as to whether it has an obligation to provide same to counsel for Sanjaykumar A. Patel. Upon review of those documents (which are being filed under seal contemporaneously with the entry of this Order), the Court determines that the Government has no obligation to provide same to counsel for Sanjaykumar A. Patel.

By the resolution of this issue and by representations made by counsel for the Government at an October 25, 2005, motions hearing, all issues raised in said Defendant's Motion for Discovery (Doc. 42) and Motion for Release of <u>Brady</u> Materials (Doc. 74) have been resolved. Accordingly, these motions are **DISMISSED** as moot.

AO 72A
(Rev. 8/82)

Additionally, the Court has been advised that all other motions filed by said Defendant, with the exception of his Motion to Suppress, have been resolved and those other motions are likewise **DISMISSED** as moot.

**SO ORDERED**, this 28th day of October, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)