# United States District Court

**Southern District of Georgia**

Brunswick Division

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| vs. | CASE NUMBER CR 205-34 |
| SANJAYJUMAR A. PATEL | |

*FILED U.S. DIST. COURT BRUNSWICK DIV. 2005 NOV -1 A 3:08 CLERK SO. DIST. OF GA.*

## ORDER DESIGNATING INTERPRETER

The Court having determined, pursuant to Title 28 United States Code Section 1827, that an interpreter is required and should be designated in the above-captioned case,

IT IS HEREBY ORDERED that __Nina Patel__, a non-certified interpreter or otherwise competent interpreter, is designated to serve as an interpreter in this case. Compensation shall be paid by the government at a rate of $171.00 per day, with a minimum of one half day's compensation of $92.00 to be paid for each appearance. Any claim for overtime shall be paid at the rate of $28.00 per hour. Claim for compensation by the interpreter for any in-court services or assisting the U.S. Probation Office shall be made on Form AO322. Claim for compensation for assisting court-appointed counsel shall be made on CJA Form 21, *Authorization and Voucher for Expert and Other Services*. **Any services relating to the CJA Form 21 must be approved by the Court prior to the services rendered.** These forms shall be furnished by the Clerk of Court.

SO ORDERED, this __1st__ day of __November__, __2005__.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA