IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 NOV -4  P 3: 48

CLERK _____
SO. DIST. OF GA.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | )   CASE NO.: CR205-34 |
| v. | ) |
| | ) |
| MOHAMMED SHAUKAT JAMAL | ) |
| ASHISKUMAR G. PATEL | ) |
| HERMANT K. PATEL | ) |
| YOGESHUMAR PATEL | ) |
| SANJAYKUMAR A. PATEL | ) |

## ORDER

Defendant Sanjaykumar A. Patel ("Patel") has filed an appeal of the October 28, 2005 Order of the Magistrate Judge. Following *in camera* review of transcripts of translations of conversations between a confidential source and other individuals, the Magistrate Judge ordered that the transcript be filed under seal and determined that the Government had no obligation to provide copies to counsel for Defendant Patel. Having read and considered Defendant Patel's Appeal, the Court finds that the Magistrate Judge's Order is neither clearly erroneous nor contrary to law. Thus Defendant Patel's Appeal is **DENIED.**

SO ORDERED, this 4th day of November, 2005.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)