# United States District Court
# for the Southern District of Georgia
# Brunswick Division

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2005 NOV -4  PM 4: 41
CLERK
SO. DIST. OF GA.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CASE NO.: CR205-34 |
| v. ) | |
| ) | |
| MOHAMMED SHAUKAT JAMAL ) | |
| ASHISKUMAR G. PATEL ) | |
| HERMANT K. PATEL ) | |
| YOGESHUMAR PATEL ) | |
| SANJAYKUMAR A. PATEL ) | |

## ORDER

Defendant Sanjaykumar A. Patel ("Patel") has filed a Motion in Limine seeking to exclude any evidence that co-defendant, Mohammed Jamal, is an illegal alien from Pakistan who is Muslim, and that Sanjaykumar A. Patel gained illegal entry into the United States through the Mexican border. The Government filed a response to the motion. After review, Defendant Patel's Motion in Limine is **DENIED**.

**SO ORDERED**, this 4th day of November, 2005.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)