IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 NOV 21  P 2: 21

CLERK_____
SO. DIST. OF GA.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | CR 205-34 |
| ) | |
| SANJAYKUMAR PATEL ) | |
| ) | |
| Defendants ) | |

**O R D E R**

The order of the court entered on November 1, 2005 is hereby amended to reflect the rate for the non-certified interpreter shall be $156.00 per day with a minimum of one half day's compensation of $86.00.

SO ORDERED this 21 day of Nov., 2005.

_____
ANTHONY A. ALAIMO
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA