UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2006 JAN 19  P 3:36

CLERK _____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. CR 205-34 |
| v. | ) | |
| | ) | Violations: |
| | ) | |
| | ) | 18 USC § 371 |
| SANJAYKUMAR PATEL, | ) | Conspiracy |
| | ) | |
| Defendant. | ) | 18 USC § 1546(a) |
| | ) | Possession / Use of |
| | ) | Fraudulent Immigration |
| | ) | Documents |

## ORDER

Presently before the Court is the Government's Motion to Dismiss the Indictment against Defendant Sanjaykumar Patel. After having been considered by the Court, the Government's Motion to Dismiss is GRANTED and it is thereupon ORDERED that the above styled Indictment be DISMISSED against Defendant Sanjaykumar Patel.

This 19th day of January, 2006.

_____
HON. ANTHONY A. ALAIMO
JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA